Government ✔    United States

Plaintiff ☐     VS.              Criminal No. <u>21-CR-57 (TNM)</u>

Defendant ☐     Nicholas Rodean

Joint ☐

Court ☐

## GOVERNMENT'S EXHIBIT LIST

| Ex. No. | Description | Marked for ID | Rec'd into evidence | Witness |
|---|---|---|---|---|
| 1 | Photo of U.S. Capitol building with perimeter drawn | 7-11-2022 | 7-11-2022 | Thomas Loyd |
| 2 | 3-D Image of U.S. Capitol building, from above and on the west side | | | |
| 3 | Screenshot of USCP camera 0944 at 12:50PM | | 7-11-2022 | |
| 4 | Screenshot of USCP camera 0944 at 1:00PM | | 7-11-22 | Thomas Loyd |
| 5 | Video footage from USCP camera 0925 beginning at 2:09PM | | 7-11-22 | Thomas Loyd |
| 6 | Screenshot of Exhibit 5 USCP camera 0925 | | 7-11-22 | |
| 7 | Video footage from other rioter beginning approximately 2:08PM [Insurgence USA] | | 7-11-22 | Thomas Loyd |
| 7A | Screenshot from Exhibit 7 InsurgenceUSA | | 7-11-22 | |
| 8 | Montage of video footage from USCP security cameras on January 6, 2021 | | | |
| 9 | Video footage from USCP camera 0926 beginning at 2:10PM | | 7-11-22 | Thomas Loyd |
| 10 | Video footage from unknown source beginning at approx. 2:11PM | | 7-11-22 | Thomas Loyd |
| 10A | Screenshot from Exhibit 10 | | 7-11-22 | |
| 11 | Video footage from USCP camera 0102 beginning at 2:12PM | | 7-11-22 | Thomas Loyd |
| 11A | Screenshot from Exhibit 11 | | 7-11-22 | |
| 11B | Screenshot from Exhibit 11 | | 7-11-22 | |
| 11C | Screenshot from Exhibit 11 | | 7-11-22 | |
| 11D | Screenshot from Exhibit 11 | | 7-11-22 | |

| | | | | |
|---|---|---|---|---|
| 11E | Screenshot from Exhibit 11 | | 7-11-22 | |
| 11F | Screenshot from Exhibit 11 | | 7-11-22 | |
| 11G | Screenshot from Exhibit 11 | | 7-11-22 | |
| 11H | Screenshot from Exhibit 11 | | 7-11-22 | |
| 11I | Screenshot from Exhibit 11 | | 7-11-22 | |
| 12 | Video footage from Gutenschwager beginning approx. 2:12PM [Bgonthescene] | | | |
| 13 | Video footage from ProPublica | | 7-11-22 | Thomas Loyd |
| 13A | Screenshot from Exhibit 13 | | 7-11-22 | Thomas Loyd |
| 14 | Video footage from USCP camera 0961 beginning at 2:15PM | | 7-11-22 | Thomas Loyd |
| 15 | Video footage from USCP camera 0213 beginning at 2:16PM | | 7-11-22 | Thomas Loyd |
| 16 | Video footage from USCP camera 0961 beginning at 2:17PM | | 7-11-22 | Thomas Loyd |
| 17 | Photo from Getty Images on East Grand Staircase | | 7-11-22 | Thomas Loyd / Lawrence Pettit |
| 18 | Video footage from USCP camera 0213 beginning at 2:19PM | | 7-11-22 | Thomas Loyd |
| 19 | House Congressional record supporting video montage | | 7-11-22 | |
| 20 | Senate Congressional record supporting video montage | | 7-11-22 | |
| 21 | Certificates of authenticity for House and Senate videos within video montage | | | |
| 22 | Montage of video footage from the U.S. House and Senate on January 6, 2021 | | 7-11-22 | Thomas Loyd |
| 23 | Clip from Ex 18 beginning at 2:21PM | | 7-11-22 | Brian Morgan |
| 24 | Clip from Ex 18 beginning at 2:32PM | | 7-11-22 | Brian Morgan |
| 25 | Photo from Getty Images in Ohio Clock corridor | | 7-11-22 | Brian Morgan |

| | | | | |
|---|---|---|---|---|
| 26 | Screenshot --close-up-- of Ex 18 | | 7-11-22 | Brian Morgan |
| 27 | Clip from Ex 18 beginning at 2:41PM | | 7-11-22 | Brian Morgan |
| 28 | Video footage from USCP camera 0113 beginning at 2:55PM | | 7-11-22 | Brian Morgan |
| 29 | Collected screenshots from USCP cameras 0102, 0961, and 213 | | 7-11-22 | |
| 30 | Video footage from USCP camera 0462 beginning at 2:25PM | | 7-11-22 | |
| 31 | Architect of the Capitol damage analysis | 7-11-22 | — | Jason McIntyre |
| 32 | Floor plan of U.S. Capitol building, Floor 1 | | | |
| 33 | Photo from Getty Images in Ohio Clock corridor | | 7-11-22 | Brian Morgan |
| 34 | Floor plan of U.S. Capitol building, Floor 2 | | | |
| 35 | Floor plan of U.S. Capitol building, Floor 3 | | | |
| 36 | Architect of the Capitol damage total | 7-11-22 | — | Jason McIntyre |
| 37 | Architect of the Capitol damage proposal | 7-11-22 | 7-11-22 | Jason McIntyre |
| 38 | Signed Stipulation re 3p Video | | 7-11-22 | |
| 39 | Signed Stipulation re CCTV | 7-11-22 | 7-11-22 | Thomas Ladd |